UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHON JAMES | CIVIL ACTION |
| VERSUS | NO: 09-8069 |
| ROBERT TANNER | SECTION: "A" (3) |

## ORDER

The Court, having considered the foregoing Amended Motion to Reconsider (Rec. Doc. 26) and Motion to Consider (Rec. Doc. 27),

Accordingly;

**IT IS HEREBY ORDERED** that the Amended Motion to Reconsider and the Motion to Consider (collectively "Motions") are **DENIED**. In his Motions, habeas petitioner Stephon James asks the Court to reconsider its May 27, 2010 Judgment dismissing his petition. *See* Rec. Doc. 10. This is his second request for reconsideration of the May 27, 2010 Judgement. *See* Motion for Reconsideration (Rec. Doc. 9). This Court no longer has jurisdiction over the instant habeas petition because the Petitioner has already filed an appeal of the May 27, 2010 Judgment with the Fifth Circuit Court of Appeals. *Olivarez v. Quarterman*, 251 Fed. Appx. 295, 296 (5th Cir. 2007), *citing Shepherd v. Int'l Paper*, 372 F.3d 326, 329 (5th Cir. 2004). This Court is therefore unable to grant the relief Petitioner seeks in his Motions.

This 9th day of August 2010.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE